Boss SMITH v. STATE.
5 Div. 20.

Court of Appeals of Alabama.
April 20, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

Charlie SMITH v. STATE.
5 Div. 972.

Court of Appeals of Alabama.
Nov. 26, 1935.

RICE, Judge.
Appeal dismissed.

Fred SMITH v. STATE.
8 Div. 397.

Court of Appeals of Alabama.
Feb. 16, 1937.

Rehearing Denied March 16, 1937.

Bradshaw & Barnett, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed on authority of Brannon v. State, 16 Ala.App. 259, 76 So. 991.

Jesse SMITH v. STATE.
7 Div. 183.

Court of Appeals of Alabama.
Jan. 16, 1936.

BRICKEN, Judge.
Affirmed.

L. C. SMITH v. STATE.
5 Div. 1.

Court of Appeals of Alabama.
Nov. 24, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

L. C. SMITH v. STATE.
5 Div. 996.

Court of Appeals of Alabama.
Nov. 24, 1936.

RICE, Judge.
Appeal dismissed.

Lindsey SMITH v. STATE.
8 Div. 458.

Court of Appeals of Alabama.
Jan. 26, 1937.

SAMFORD, Judge.
Appeal dismissed.